Order issued November 9, 2012

004831



In The

# Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-12-01024-CV

---

### CARLOS RAMIREZ, ET AL., Appellants

### V.

### IGNITE HOLDINGS, LTD. AND STREAM SPE, LTD., Appellees

---

## ORDER

---

The Court has before it appellees' November 7, 2012 letter indicating that they wish to withdraw their August 21, 2012 motion to consolidate this appeal with cause number 05-12-01071-CV. We **GRANT** the request and **DISMISS** the motion to consolidate.

MOLLY FRANCIS
JUSTICE